**2007–0044. Hill v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Robert L. Hill. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0066. Jackson v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus of Ricardo Jackson. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2004–1554. State v. Craig.**
Summit C.P. No. 2003–06–1638. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.

**2005–2230. State v. Swanson.**
Ashland App. No. 05 CA 13, 2006-Ohio-5471. On suggestion of death of appellant and motion to maintain the appeal. Motion granted.

O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0974. State ex rel. Baja Marine Corp. v. Indus. Comm.**
Franklin App. No. 05AP–555, 2006-Ohio-1646. On request for oral argument. Request denied.

**2006–1074. In re Spears.**
Licking App. No. 2005–CA–93, 2006-Ohio-1920. On motion for admission pro hac vice of Marsha L. Levick by Jill E. Beeler and motion for admission pro hac vice of Lourdes M. Rosado, Jennifer K. Pokempner, Mia V. Carpiniello, and Riya S. Shah by Jill E. Beeler. Motions granted.

**2006–1944. A. Schulman, Inc. v. Levin.**
Board of Tax Appeals, No. 2004–B–370. On motion to lift stay of briefing schedule. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–2139. State v. Colon.**
Cuyahoga App. No. 87499, 2006-Ohio-5335. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 1 of the court of appeals' Journal Entry filed November 2, 2006:

"Where an indictment fails to charge the mens rea element of the crime, and the defendant fails to raise that issue in the trial court, has the defendant waived the defect in the indictment?"

O'CONNOR and LANZINGER, JJ., dissent.

CUPP, J., not participating.

The conflict cases are *State v. Shugars,* 165 Ohio App.3d 379, 2006-Ohio-718, and *State v. Daniels,* Putnam App. No. 12–03–12, 2004-Ohio-2063.

Sua sponte, cause consolidated with 2006–2250, *State v. Colon,* Cuyahoga App. No. 87499, 2006-Ohio-5335.

**2006–2187. Hyle v. Porter.**
Hamilton App. No. C–050768, 2006-Ohio-5454. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the following issue:

"Whether R.C. 2950.031—Ohio's residency-restriction statute prohibiting certain sexually oriented offenders from living within 1,000 feet of a school—can be applied to an offender who had bought his home and committed his offense before July 31, 2003 (the effective date of the statute)."

The conflict case is *Nasal v. Dover,* Miami App. No. 2006-CA-9, 2006-Ohio-5584.